UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRETT DOYLE,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 3:23-cv-00018-CSD

**Order**

Re: ECF No. 29

The court has received Defendants' notice of settlement and request to stay this matter for 30 days in order to ensure compliance with the terms of the settlement agreement and to file the stipulation and proposed order of dismissal. (ECF No. 29.)

The request to **STAY** this matter for 30 days to ensure compliance with the terms of the settlement agreement is **GRANTED**. The parties shall file the stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order, or a status report advising why more time is necessary.

**IT IS SO ORDERED**.

Dated: April 29, 2024

_____
Craig S. Denney
United States Magistrate Judge