1  AARON D. FORD
     Attorney General
2  ANDREW C. NELSON, Bar No. 15971
     Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1227
5  E-mail: ACNelson@ag.nv.gov

6  *Attorneys for Defendants*
   *Scott Davis, Tim Garrett, Collette Stammerjohn,*
7  *and Brian Williams*

8                    **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10 | BRETT DOYLE,                           | Case No. 3:23-cv-00018-CSD |
11 |                    Plaintiff,          |                            |
   |                                        | **STIPULATION AND ORDER FOR** |
12 | v.                                     | **DISMISSAL WITH PREJUDICE**  |
13 | STATE OF NEVADA, *et al.*,             |                            |
14 |                    Defendant.          |                            |

16      Plaintiff, Brett Doyle, *pro se*, and Defendants, Scott Davis, Tim Garrett, Collette
17 Stammerjohn, and Brian Williams, by and through counsel Aaron D. Ford, Attorney
18 General, and Andrew C. Nelson, Senior Deputy Attorney General, hereby

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Page 1

stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 15th of April 2024.

By: _____
Brett Doyle, #1138892
*Plaintiff, pro se*

DATED this 14th of May 2024.

AARON D. FORD
Attorney General

By: /s/Andrew C. Nelson
Andrew C. Nelson (Bar No. 15971)
Senior Deputy Attorney General
*Attorneys for Interested Party, NDOC*

**IT IS SO ORDERED.**

DATED this 14th day of May, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**